**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No.: 1:20-cv-25112-DPG

LUCIA VILLASANA,

    Plaintiff,

v.

PRINCIPAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Lucia Villasana, and Defendant, Principal Life Insurance Company (collectively, the "Parties"), hereby advise the Court that this case has settled by an amicable resolution. The Parties will file a Stipulation of Dismissal with prejudice with each party to bear its own attorney's fees and costs once the settlement and release have been finalized. The Parties respectfully request this Court maintain jurisdiction over this action until that time.

*Respectfully Submitted on this 11th day of June, 2021.*

| | |
|---|---|
| */s/ Leonor M. Lagomasino* | */s/ Edward P. Dabdoub* |
| Leonor M. Lagomasino (FBN 750018) | Edward Philip Dabdoub (FBN 45685) |
| llagomasino@hinshawlaw.com | eddie@longtermdisability.net |
| ellampallas@hinshawlaw.com | Kevin Schaefer (FBN. 123688) |
| HINSHAW & CULBERTON LLP | kevin@longtermdisability.net |
| 2525 Ponce de Leon Blvd., 4th Floor | DABDOUB LAW FIRM |
| Coral Gables, Florida 33134 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Tel: (305) 358-7747 | Coral Gables, Florida 33134 |
| Fax: (305) 577-1063 | Tel: (305) 754-2000 |
| *Attorneys for Defendant* | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |