**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No.: 1:20-cv-25112-DPG

LUCIA VILLASANA,

    Plaintiff,

v.

PRINCIPAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees, costs, and expenses.

*Respectfully Submitted this 21st day of July 2021,*

| | |
|---|---|
| */s/ Leonor M. Lagomasino* | */s/ Edward P. Dabdoub* |
| Leonor M. Lagomasino (FBN 750018) | Edward Philip Dabdoub (FBN. 45685) |
| llagomasino@hinshawlaw.com | eddie@longtermdisability.net |
| ellampallas@hinshawlaw.com | Kevin P. Schaefer (FBN. 123688) |
| HINSHAW & CULBERTON LLP | kevin@longtermdisability.net |
| 2525 Ponce de Leon Blvd., 4th Floor | DABDOUB LAW FIRM, P.A. |
| Coral Gables, Florida 33134 | 1600 Ponce de Leon Blvd., Ste. 1202 |
| Tel: (305) 358-7747 | Coral Gables, Florida 33134 |
| Fax: (305) 577-1063 | Tel: (305) 754-2000 |
| *Attorneys for Defendant* | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |